FILED
July 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| U.S. BANK TRUST COMPANY, N.A., AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-SP1,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH SANCHEZ FARIAS, ALMA RODRIGUEZ, SALVADOR RODRIGUEZ, JR., and RUBEN S. RODRIGUEZ,<br><br>Defendants. | NO. SA-23-CV-01516-OLG |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed April 30, 2025, concerning Plaintiff's Motion for Default Judgment (Dkt. No. 41). (*See* R&R, Dkt. No. 42.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was served on Defendants via certified mail on May 1, 2025 (*see* Dkt. No. 43) and returned as undeliverable on May 23, 2025 (*see* Dkt. Nos. 45, 46, 47, & 48); to date, no objections have been filed. *See* FED. R. CIV. P. 5(b)(2)(C) (providing that service may be made by mail "to the person's last known address—in which event service is complete upon mailing").

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 42) and, for the reasons set forth therein, Plaintiff's Motion for Default Judgment (Dkt. No. 41) is **GRANTED**. A final default judgment in favor of Plaintiff shall issue separately in accordance with Rule 58.

The Clerk is directed to **CLOSE** this case upon entry of judgment.

It is so **ORDERED**.

**SIGNED** this ____8____ day of July 2025.

ORLANDO L. GARCIA
United States District Judge